IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LARRY E. HUTSON                                              PLAINTIFF

V.                          CASE NO. 3:13-CV-3039

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                         DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 18) filed in this case on September 18, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

For the reasons set forth in the Report and Recommendation, the Court hereby orders that Plaintiff's counsel is entitled to compensation under the EAJA for: 6.30 attorney hours at an hourly rate of $155.00 for work performed in 2013 and 2014; and 2.05 paralegal hours (3.40 hours less 1.35 hours) at an hourly rate of $75.00 for work performed in 2013 and 2014. The total attorney's fee award is $1,130.25, plus postage expenses of $23.51. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406, in order to prevent double recovery by counsel for the Plaintiff.

IT IS SO ORDERED on this 21st day of October, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE